## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                                        Case No. 19-00059-SMT

BULLEN, WAYNE PETER, Debtor (s)                              Chapter 7

### COMPLAINT

VALERIE MCMULLEN, individually and as representative of putative class members, hereby submits this Complaint, and in support of this Complaint, states as follows:

1. Debtor Wayne Bullen filed a Notice of Chapter 7 Bankruptcy, attached as Exhibit 1.

2. Pursuant to the Notice, the deadline to object to the Debtor's discharge or to challenge dischargeability of certain debts is April 29, 2019.

3. In conformance with that deadline, Claimant asserts that her claims, as well as those of putative class members she represents, are not dischargeable under 11 U.S.C. Section 523(a)(2), (4) and (6), as well as 11 U.S.C. Section 727, as the Claimant's claims stem, in part, from fraud, embezzlement and/or larceny, and willful and malicious conduct of the Debtor that caused serious and permanent injury to the Claimant and those she represents.  A civil lawsuit in the United States District Court for the District of Columbia was previously filed concerning the debt owed by the Debtor to the Claimant. (See Second Amended Complaint, case number 14-cv-01983, attached as Exhibit 2).  The allegations of the attached Second Amended Complaint are incorporated fully herein.

4. In the litigation pending in the United States District Court for the District of Columbia, it has become clear that Debtor also acted negligently, and that his

1

negligence caused serious injuries to Claimant and those she represents.  Consequently, Debtor's insurance carrier(s) are obligated to provide coverage to Debtor. Accordingly, Claimant requests that the stay be lifted so that Claimant can seek recovery from Debtor's insurance carriers.

WHEREFORE, for the foregoing reasons, Valerie McMullen, individually and on behalf of all putative class members, respectfully requests that the Court enter an Order, denying the dischargeability of the debts owed by the Debtor to the Claimant and further enter an Order lifting the bankruptcy stay so that Claimant's claims can proceed unimpeded in the United States District Court for the District of Columbia against Debtor and so that Claimant can seek and obtain all available insurance coverage provided through Debtor's carrier(s).

Respectfully submitted,

REGAN ZAMBRI LONG PLLC

By:     */s/ Salvatore J. Zambri*_____
Salvatore J. Zambri
DC Bar No. 439016
szambri@reganfirm.com
1919 M Street, N.W., Suit 350
Washington, DC  20036
PH:   (202) 463-3030
FX:   (202) 463-0667

KLAPROTTH LAW PLLC

By:    */s/ Brendan J. Klaproth*_____
Brendan J. Klaproth
D.C. Bar No. 999360
bklaproth@klaprothlaw.com
406 5th Street NW, Suite 350

2

Washington, DC 20001
PH:   (202) 618-2344
Fx:   (202) 618-4636
*Co-Counsel for Plaintiff*