FILED
APR 23 2019
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

Wayne Bullen
Debtor(s).

Valerie McMullen
Plaintiff(s),

v.

Wayne Bullen
Defendant(s).

DATE 4/23/19 at 10:00

CASE NO. 19-59

CHAPTER NO. 7

AP NO. 19-10004

Zambri ✓
Attorney for Plaintiff

Chhetri ✓
Attorney for Defendant

C to 5/14/2019 @ 10:00 A.M.

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____    TRIAL TIME: _____

NATURE OF PROCEEDINGS:    ☐ Core    ☐ Non-Core

MEDIATION MATERIALS:    ☐ Distributed    ☐ Withheld

COMMENTS: _____

/s/ S. Martin Teel, Jr.
S. MARTIN TEEL, JR.
United States Bankruptcy Judge